# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Docket No.: 08-930 |
| Plaintiff, | |
| v. | |
| DAVID VARGAS, | **CONSENT ORDER** |
| Defendant. | |

THIS MATTER having been opened to the Court by Alexander W. Booth, Attorney for David Vargas for an Order allowing Mr. Vargas to move his location for house arrest of defendant David Vargas. Dennis Carletta, AUSA and Jonathan Muller, United States Pretrial Services having entered consent below, and for good cause shown;

IT IS on this 23 day of April, 2009

ORDERED that Mr. Vargas's location for house arrest be moved to that of his girlfriend and mother of his two sons, Mary Gutierrez located at 509 West 212th Street, New York, New York, 10034 (212) 942-0849; and it is further

ORDERED all other conditions of bail will remain the same.

WILLIAM H. WALLS, U.S.D.J.

I hereby consent to the form and substance of this Order.

JONATHAN MULLER
Jonathan Muller, Sr. USPSO
Dated: April 22, 2009

I hereby consent to the form and substance of this Order.

DENNIS CARLETTA
Dennis Carletta, AUSA
Dated: April 22, 2009

1