UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,  :  <br>  :  <br>Plaintiff,  :  <br>  :  <br>v.  :  <br>  :  <br>DAVID VARGAS,  :  <br>  :  <br>Defendant.  :  | Docket No.: 08-930 <br><br><br><br>**ORDER** |

**THIS MATTER** having been opened to the Court by Alexander W. Booth, Attorney for David Vargas for an Order allowing Mr. Vargas to attend the birthday party of his 2 year old daughter on Sunday, July 5, 2009 (See attached invitation). Dennis Carletta, AUSA and Steven Casale on behalf of Jonathan Muller, United States Pretrial Services having no objection, and for good cause shown;

**IT IS** on this ___ day of _____, 2009

**ORDERED** that Mr. Vargas's be allowed to attend the birthday party of his daughter on Sunday, July 5, 2009 from 1:00 p.m. to 6:00 p.m. at Van Cordland Park, 242nd Street, Bronx, NY; and it is further

**ORDERED** all other conditions of bail will remain the same.

WILLIAM H. WALLS, U.S.D.J